UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-6445-MJ-SHAW-WILDER

UNITED STATES OF AMERICA

v.

DOMINGO MARTINEZ-CRUZ,

Defendant.

_____/

FILED BY_____AT_____D.C.

**Aug 6, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   *Joseph A. Cooley*_____
JOSEPH A. COOLEY
Assistant United States Attorney
Florida Bar No. 966460
500 E. Broward Bouvard, Suite 700
Fort Lauderdale, FL 33394
Tel# (954) 660-5694
Joseph.Cooley2@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

United States of America )
v. )
)
) Case No.   26-6445-MJ-SHAW-WILDER
)
DOMINGO MARTINEZ-CRUZ, )
)
)
*Defendant(s)*

> FILED BY_____AT_____D.C.
>
> **Aug 6, 2026**
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 22, 2026_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC §§ 1326(a)(1) and (b)(1) | Illegal Reentry After Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Denise Falto, DO, IRC/ERO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by: FACETIME

_____
*Judge's signature*

Date:   8/6/2026

City and state:   _____Fort Lauderdale, FL_____

Hon. Detra Shaw-Wilder, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Denise Falto, having been duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a federal law enforcement officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and have been since August 2016. My current responsibilities include investigating criminal, civil, and administrative violations related to the Immigration and Nationality Act (INA), and other federal criminal offenses contained in Titles 8 and 18 of the United States Code. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7).

2.      This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint and Arrest Warrant against Domingo MARTINEZ-CRUZ, (Year of birth: 1977, Mexican native and citizen, Alien Number  (206 701 692 and 235 592 474), for illegal reentry of a removed alien, in violation of Title 8, United States Code, Section 1326(a)(b)(1).

3.      The statements contained in this Affidavit are based on my personal knowledge, information provided to me by other law enforcement officers and support personnel, and my review of the evidence. Because this Affidavit is submitted for the limited purpose of establishing probable cause for the requested Criminal Complaint and Arrest Warrant, it does not include every fact known to law enforcement.

### PROBABLE CAUSE

4.      Based on my review of United States immigration records maintained by the DHS, I am aware that MARTINEZ-CRUZ is not a citizen or national of the United States.  MARTINEZ-CRUZ is a native and citizen of Mexico by virtue of birth.

5.     On July 22, 2026, ERO Miami Officers were conducting a targeted operation in Pompano Beach, FL. MARTINEZ-CRUZ was encountered at 1800 NE 51st Ct., in Pompano Beach, Florida by ERO ICE Miami after a targeted vehicle stop of his white Ford truck tag 01FPAX. The officers proceeded to identify themselves and asked for identification. Subsequent record checks of MARTINEZ-CRUZ's name, date of birth and country of citizenship determined that MARTINEZ-CRUZ had been previously removed from the United States under Alien Number 206 701 692 and was presently unlawfully in the United States.

6.     Biometrics from Identification System (IDENT) and the Next Generation Identification (NGI) systems electronic fingerprint comparison also confirmed that MARTINEZ-CRUZ is a Mexican citizen and national.

7.     Your Affiant reviewed copies of immigration documents contained in MARTINEZ-CRUZ Alien File (A-File), including biographical information, records of encounters with ICE, photographs, and fingerprints. A review of his A-File reflected the following:

   a.  On unknown date and time, MARTINEZ-CRUZ entered the United States.

   b.  On September 03, 2014, ICE ERO Miami encountered MARTINEZ-CRUZ in Pompano Beach, FL. ICE ERO Miami determined that MARTINEZ-CRUZ had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States.

   c.  On the same date, ICE ERO Miami issued MARTINEZ-CRUZ a Notice to Appear (NTA) Form I-862.

   d.  On September 11, 2014, an Immigration Judge in Miami, FL granted MARTINEZ-CRUZ, a voluntary departure.

e. On **September 22, 2014,** MARTINEZ-CRUZ departed the United States to Mexico.

f. On or about January 19, 2015, the U.S. Border Patrol (BP) encountered MARTINEZ-CRUZ at or near Roma, Texas, after he unlawfully entered the United States from Mexico. BP arrested him and issued a Notice and Order of Expedited Removal (Form I-860).

g. On or about January 21, 2015, the Southern District of Texas McAllen Division prosecuted and convicted MARTINEZ-CRUZ for 8 USC 1325, illegal entry.

h. On **February 2, 2015,** MARTINEZ-CRUZ was removed from Laredo, TX to Mexico.  Removal was confirmed and documented on a Departure Verification (Form I-296). MARTINEZ-CRUZ was informed he was barred for 5 years from returning to the United States, as documented on Notice to Alien Ordered Removed or Deported (Form I-296).

i. On an unknown date and at an unknown location, MARTINEZ-CRUZ reentered the United States without obtaining the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

j. On July 22, 2026, MARTINEZ CRUZ, DOMINGO (A206 701 692 and 235 492 474) , was encountered by ICE ERO Miami in Pompano Beach, Florida.

k. A review of immigration records and MARTINEZ-CRUZ's A-File, shows no evidence that MARTINEZ-CRUZ sought or obtained consent, either of the Attorney General of the United States or his/her successor, the Secretary of Homeland Security, to reapply for admission to the United States.

## CONCLUSION

Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about July 22, 2026, in Broward County, in the Southern District of Florida, MARTINEZ-CRUZ, having previously been removed from the United States, was found in the United States, knowingly and unlawfully, without the express consent of the Attorney General of the United States, or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

Respectfully Submitted,

*Denise Falto*

Denise Falto
Deportation Officer
U.S. Immigration and Customs Enforcement


Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by FaceTime
on this ___6th___ day of August 2026.

**HONORABLE DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**